IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKAYLA DUFFALO, individually and as administrator of the Estate of MICHAEL J. DUFFALO<br>      Plaintiff.<br><br>vs.<br><br>CLEARFIELD COUNTY BOARD OF COMMISSIONERS, CLEARFIELD COUNTY PRISON BOARD, GREGORY COLLINS, NULTON DIAGNOSTIC & TREATMENT CENTER, DANIELLE DELIMAN, BRADLEY L. WELKER, LEO CLEVELAND, JOHN AND JANE DOE 1-20.<br><br>      Defendants. | CIVIL ACTION No. 3:21-cv-39-KRG<br><br><br><br>ELECTRONICALLY FILED<br><br><br><br>JURY TRIAL DEMANDED |

## RULE 41 DISMISSAL OF ACTION

NOW COMES Plaintiff, MIKAYLA DUFFALO, individually and as Administratrix of the ESTATE OF MICHAEL J. DUFFALO, by and through her counsel Dylan T. Hastings, Esquire of the law firm of Mark B. Frost & Associates and Defendants, CLEARFIELD COUNTY BOARD OF COMMISSIONERS, CLEARFIELD COUNTY PRISON BOARD, GREGORY COLLINS, BRADLEY L. WELKER, LEO CLEVELAND, AND JOHN & JANE DOE 1-20 ("*Clearfield Defendants*"), by and through their counsel, Mary Lou Maierhofer, Esquire of the

1

law firm of Margolis Edelstein, and files this Rule 41 Dismissal of Action of which the following is a statement:

1. Plaintiff commenced this litigation by filing a Complaint on March 10, 2021. (ECF No. 1).

2. Plaintiff filed an Amended Complaint (ECF No. 18) after receipt of the Clearfield Defendants' Initial Disclosure Statement which included the prison records.

3. Clearfield Defendants filed a Motion to Dismiss [ECF No. 23] and Brief in Support of the Motion to Dismiss [ECF No. 24] on August 11, 2021.

4. Plaintiff filed an Opposition to the Motion to Dismiss [ECF No. 29] on August 25, 2021.

5. A decision on the Motion to Dismiss is pending.

6. On September 15, 2021, the Initial Rule 16 Case Management Conference was held which generated an Initial Scheduling Order. (ECF Nos. 26 & 37).

7. Clearfield Defendants supplemented their Initial Disclosures on September 28, 2021 and October 5, 2021.

8. Clearfield Defendants are the only remaining defendants to this litigation and have not filed an Answer to the Amended Complaint.

9. Pursuant to F.R.C.P. 41(a)(1) Plaintiff has agreed to dismiss all

remaining Defendants to this litigation with prejudice.

10. This stipulation is signed by all Counsel for the parties remaining in this litigation.

11. Plaintiff and Clearfield Defendants are requesting that this Honorable Court executed the proposed order which will terminate this litigation by dismissing the remaining Defendants.

WHEREFORE, Plaintiff Mikayla Duffalo, individually and as Administratix of the Estate of Michael J. Duffalo and Clearfield Defendants, request this Honorable Court dismiss with prejudice all remaining Defendants from this litigation and terminate this litigation as there are no remaining Defendants.

**MARK B. FROST & ASSOCIATES**

By: /s/ Dylan T. Hastings
**Dylan T. Hastings, Esquire**
One South Broad Street, Suite 1510
Philadelphia, PA 19107
(215) 351-3333/Fax (215) 557-673
Email: dhastings@mfrostlaw.com

Date:   October 13, 2021

## MARGOLIS EDELSTEIN

By: /s/ Mary Lou Maierhofer
**Mary Lou Maierhofer, Esquire**
Clearfield County Board of Commissioners,
Clearfield County Prison Board, Gregory Collins,
Bradley L. Welker, Leo Cleveland, and John and
Jane Doe 1-20
mmaierhofer@margolisedelstein.com
P.A. I.D. No.: 62175
P.O. Box 628
Hollidaysburg, PA  16648
(814) 695-5064/Fax: (814)695-5066

Date:   October 13, 2021

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKAYLA DUFFALO, individually and as administrator of the Estate of MICHAEL J. DUFFALO<br>      Plaintiff.<br><br>vs.<br><br>CLEARFIELD COUNTY BOARD OF COMMISSIONERS, CLEARFIELD COUNTY PRISON BOARD, GREGORY COLLINS, NULTON DIAGNOSTIC & TREATMENT CENTER, DANIELLE DELIMAN, BRADLEY L. WELKER, LEO CLEVELAND, JOHN AND JANE DOE 1-20.<br><br>      Defendants. | CIVIL ACTION No. 3:21-cv-39-KRG |

## **CERTIFICATE OF SERVICE**

I, Mary Lou Maierhofer, Esquire of the law firm of Margolis Edelstein, hereby certify that on the 13th day of October 2021, I have served the Rule 41 Dismissal of Action upon Counsel for the Plaintiff though electronic Mail.

### **MARGOLIS EDELSTEIN**

By: /s/ Mary Lou Maierhofer
**Mary Lou Maierhofer, Esquire**
Clearfield Defendants
mmaierhofer@margolisedelstein.com
P.A. I.D. No.: 62175
P.O. Box 628
Hollidaysburg, PA  16648
(814) 695-5064/Fax: (814)695-5066

5