IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKAYLA DUFFALO, individually and as administrator of the Estate of MICHAEL J. DUFFALO<br>    Plaintiff.<br><br>vs.<br><br>WARDEN THOMAS ELBEL et. al.<br><br>    Defendants. | CIVIL ACTION No. 3:21-cv-39<br><br><br>ELECTRONICALLY FILED<br><br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW this __14th__ day of October, 2021, it is Ordered, Directed and Decreed that the Rule 41 Dismissal of Action filed by all Parties is granted. Defendants CLEARFIELD COUNTY BOARD OF COMMISSIONERS, CLEARFIELD COUNTY PRISON BOARD, GREGORY COLLINS, BRADLEY L. WELKER, LEO CLEVELAND, AND JOHN & JANE DOE 1-20 ("*Clearfield Defendants*") are dismissed with prejudice and this litigation is terminated/closed.

            By the Court,

            _/s/ Kim R. Gibson_
                J.